# Bank of America

Business Economy Chk - 6009 : Check Image

Check Image:

```
NEIL B. SOLOMON, PA        1042
561-762-4991
4174 SAINT LUKES LN
JUPITER, FL 33458-6321
                              DATE 11/16/07

PAY TO THE ORDER OF  United States Marshall     $ 250.00

Two Hundred Fifty + 00/100                       DOLLARS

Bank of America
ACH R/T 063100277
FOR Services
```

FRB CLEVELAND
> 041015724 <
PCC OTC
12/19/2007