Case 1:08-cv-00179    Document 9-7    Filed 02/17/2008    Page 1 of 3



**neil solomon <neilbsolomonesq@gmail.com>**

# optionsXpress v. Hale - Northern District of Illinois, docket No. 08-179

**Robert Christie <RChristie@henderson-lyman.com>**          **Thu, Feb 14, 2008 at 6:43 PM**
To: neil solomon <neilbsolomonesq@gmail.com>
Cc: hvictor@optionsxpress.com, "Jeffry M. Henderson" <jhenderson@henderson-lyman.com>

Dear Mr. Solomon:

I will try to address your comments on a point by point basis:

1)    Section 5 and 6 were required by the Court. Judge Kendall's standing order describes the sections that should be included, and the report may not be any longer than 5 pages. Please check the Court's web site to confirm.

2)    I have redrafted Section 5 for your convenience, and added the issue regarding the Federal/Illinois Arbitration Acts.

3)    I know your clients name, and a little civility will help in this matter.

4)    The hearing tapes are available from FINRA, and I believe that they are available at no charge.

5)    I have eliminated the word "trial" in Section 9. My schedule does not allow me to contemplate a resolution of this matter any sooner than 120 days. As an example, I have two arbitrations scheduled in April and a jury trial at the end of April, and March is starting to fill up.

6)    The question posed by the Court is whether the parties have unanimously consented to proceed before a magistrate. The answer directly answers that question.

7)    The status hearing is the place to inform the judge of other matters. Your latest filing

Case 1:08-cv-00179    Document 9-7    Filed 02/17/2008    Page 2 of 3

included a complete report of the status of the Florida action.

8)      As to your last request, my client has no interest in postponing such a simple task as a Joint Status Report or attending a status hearing.

Attached hereto is a revised draft of the Joint Status Report for your review.

Bob Christie

**Robert B. Christie**

**Henderson & Lyman**

**175 West Jackson Boulevard**

**Suite 240**

**Chicago, IL  60604**

**Phone      (312) 986-6960**

**Direct      (312) 986-6957**

**Facsimile  (312) 986-6961**

**email:      rchristie@henderson-lyman.com**

**web site:  www.henderson-lyman.com**

**New York Office**

**152 West 57th Street**

**18th Floor**

New York, NY 10019

This message is intended for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via email or the United States Postal Service. Thank You.

**From:** neil solomon [mailto:neilbsolomonesq@gmail.com]
**Sent:** Thursday, February 14, 2008 3:25 PM
**To:** Robert Christie
**Subject:** Re: optionsXpress v. Hale - Northern District of Illinois, docket No. 08-179



**Joint Status Report.d6.doc**
50K