

neil solomon <neilbsolomonesq@gmail.com>

# optionsXpress v. Hale - Northern District of Illinois, docket No. 08-179

**Robert Christie <RChristie@henderson-lyman.com>**      Fri, Feb 15, 2008 at 5:31 PM
To: neil solomon <neilbsolomonesq@gmail.com>
Cc: hvictor@optionsxpress.com

Dear Mr. Solomon:

    Attached hereto is a revised version of the proposed Joint Status Report. I have added an additional "legal issue" upon your suggestion. I do not agree with your statement that the legal issues raised in the Application to Vacate should not be included in the Joint Status Report. I have jointly drafted a number of these types of status reports in the federal system, and I find that the attached is consistent with practice of other practitioners. Because the attached needs to be filed within the hour, please advise me whether you will agree to sign off on the draft.

    Bob Christie

**Robert B. Christie**

**Henderson & Lyman**

**175 West Jackson Boulevard**

Suite 240

Chicago, IL  60604

Phone    (312) 986-6960

Direct    (312) 986-6957

Facsimile  (312) 986-6961

email:    rchristie@henderson-lyman.com

web site:  www.henderson-lyman.com

**New York Office**

**152 West 57th Street**

**18th Floor**

**New York, NY  10019**

This message is intended for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via email or the United States Postal Service.  Thank You.

**From:** neil solomon [mailto:neilbsolomonesq@gmail.com]
**Sent:** Friday, February 15, 2008 7:54 AM
**To:** Robert Christie
**Cc:** hvictor@optionsxpress.com, Jeffry M  Henderson
**Subject:** Re: optionsXpress v  Hale - Northern District of Illinois, docket No  08-179

**Joint Status Report.d7.doc**
46K