# EXHIBIT 1

Case 1:08-cv-00179    Document 11-2    Filed 02/21/2008    Page 1 of 2

optionsXpress
Member NASD · SIPC

September 12, 2007

Ms. Michele Collins
FINRA Dispute Resolution
One Liberty Plaza
165 Broadway, 52nd Floor
New York, NY 10006
Facsimile (301) 527-4838
VIA Facsimile (w/o enclosures) and FedEx

    **RE:**    **Linda Hale v. optionsXpress, Inc.**
            **FINRA - DR Case No. 06-05183**

Dear Ms. Collins:

This letter notifies you that today optionsXpress, Inc., by its counsel, filed the enclosed Application to Vacate Arbitration Award rendered in the above-referenced matter.

Regards,

*[signature]*

Hillary Victor
Corporate Counsel
optionsXpress Holdings, Inc.

Cc Via US Mail:
    Neil Solomon, Esq. (w/o enclosure), 4174 St. Lukes Lane, Jupiter, Florida 33458
    Jeffry Henderson (w/o enclosure), Henderson & Lyman, 175 West Jackson Boulevard, Suite 240, Chicago, IL 60604
    Robert B. Christie, (w/o enclosure) Henderson & Lyman, 175 West Jackson Boulevard, Suite 240, Chicago, IL 60604
    Ms. Rose Schindler, Vice President and Director FINRA Dispute Resolution, Boca Center Tower 1, 5200 Town Center Circle, Boca Raton, FL 33486