# EXHIBIT 4



*Dorothy Brown*
# Clerk of the Circuit Court
## Cook County

Case Information Summary for Case Number
2007-CH-25396

Filing Date: 9/12/2007
Division: Chancery Division
Ad Damnum: $0.00

Case Type: GENERAL CHANCERY
District: First Municipal
Calendar: 13

## Party Information

**Plaintiff(s)**
OPTIONSXPRESS INC

**Attorney(s)**
HENDERSON & LYMAN
175 W JACKSON BL#240
CHICAGO IL, 60604
(312) 986-6960

REMOVED TO FED CT 011008

**Date of Service**

**Defendant(s)**
HALE LINDA

**Attorney(s)**

## Case Activity

Activity Date: 9/12/2007                                    Participant: OPTIONSXPRESS INC
GENERAL CHANCERY FILED
    Court Fee: 294.00                                       Attorney: HENDERSON & LYMAN

Activity Date: 9/12/2007                                    Participant: OPTIONSXPRESS INC
CASE SET ON CASE MANAGEMENT CALL
    Court Date: 2/1/2008                                    Judge: MARTIN LEROY K JR
    Court Time: 0900                                        Attorney: HENDERSON & LYMAN
    Court Room: 2008

Activity Date: 11/27/2007                                   Participant: OPTIONSXPRESS
EXHIBITS FILED

Attorney: HENDERSON & LYMAN

Activity Date: 11/27/2007　　　　　　　　　　　　　　Participant: OPTIONSXPRESS INC

ALIAS SUMMONS ISSUED AND RETURNABLE

Court Fee: 6.00　　　　　　　　　　　　　Attorney: HENDERSON & LYMAN

Activity Date: 11/27/2007　　　　　　　　　　　　　　Participant: OPTIONSXPRESS

MOTION FILED

Attorney: HENDERSON & LYMAN

Activity Date: 12/21/2007　　　　　　　　　　　　　　Participant: OPTIONSXPRESS INC

CASE MGMT CALL NOTICE MAILED

Court Date: 2/1/2008　　　　　　　　　Judge: BUSH, BERNETTA D.
Court Time: 0900
Court Room: 2008

Activity Date: 1/10/2008　　　　　　　　　　　　　　Participant: HALE LINDA

GENERAL CHANCERY - CASE REMOVED TO FEDERAL COURT

Court Room: 2008　　　　　　　　　　Judge: MARTIN LEROY K JR
　　　　　　　　　　　　　　　　　　Microfilm: CH000000000

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page