# EXHIBIT 5

# U.S. District Court
## Southern District of Florida (West Palm Beach)
### CIVIL DOCKET FOR CASE #: 9:07-mc-81085-KLR

Hale v. Optionsxpress, INc.
Assigned to: Senior Judge Kenneth L. Ryskamp
Cause: 09:0009 Motion to confirm arbitration award

Date Filed: 11/16/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

Linda Hale                          represented by **Neil Barry Solomon**
                                                   Neil B. Solomon, P.A.
                                                   4174 St. Lukes Lane
                                                   Jupiter, FL 33458
                                                   561-762-4991
                                                   Fax: 561-626-2721
                                                   Email: neilbsolomonesq@gmail.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Optionsxpress, INc.                 represented by **Stephen Bernard Gillman**
                                                   Shutts & Bowen
                                                   201 S Biscayne Boulevard
                                                   Suite 1500 Miami Center
                                                   Miami, FL 33131
                                                   305-347-7311
                                                   Fax: 381-9982
                                                   Email: sgillman@shutts.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | 1 | Application to Confirm Arbitration Award Filing fee $39 Receipt#: 723408, filed by Linda Hale.(vt) (Entered: 11/16/2007) |
| 12/21/2007 | 2 | ORDER TO SHOW CAUSE. Show Cause Response due by 1/8/2008.Signed by Judge Kenneth L. Ryskamp on 12/21/07.(sh) (Entered: 12/21/2007) |
| 12/26/2007 | 3 | RESPONSE to 2 Order to Show Cause filed by Linda Hale. (rb) (Entered: 12/27/2007) |
| 12/26/2007 | 4 | RESPONSE TO ORDER TO SHOW CAUSE by Linda Hale. (tb) (Entered: 12/28/2007) |
| 12/26/2007 | 5 | NOTICE OF CONVENTIONAL FILING of 4 Response to Order to Show Cause by Linda Hale (tb) (Entered: 12/28/2007) |
| 01/03/2008 | 6 | *Endorsed Order Staying the response deadline to Plaintiff's Application to Confirm |

| | | |
|---|---|---|
| | | Arbitration Award 1 until Defendant is served. Plaintiff is Ordered to notify this Court once service has been made. At that point, the stay will be lifted and Defendant will have ten days to file a response.Signed by Judge Kenneth L. Ryskamp on January 3, 2008.(lc1) (Entered: 01/03/2008) |
| 01/08/2008 | 7 | *Endorsed Order lifting stay on the response deadline to Plaintiff's Application to Confirm Arbitration Award. This Court received notice from the Marshall's office that Defendant was served with the application yesterday. Defendant's response is due January 22, 2008.Signed by Judge Kenneth L. Ryskamp on January 8, 2008.(lc1) (Entered: 01/08/2008) |
| 01/14/2008 | 8 | MOTION Enforce Court's Order for Respondent to Respond to Petitioner's Motion to Confirm Arbitration Award By January 22, 2008 by Linda Hale. (Attachments: # 1 Exhibit September 12, 2007 Letter from Respondent to FINRA Dispute Resolution# 2 Exhibit September 13, 2007 email from Petitioner to Respondent# 3 Exhibit September 18, 2007 email from Petitioner to Respondent)(Solomon, Neil) (Entered: 01/14/2008) |
| 01/22/2008 | 9 | Defendant's MOTION to Stay *or Dismiss Action* by Optionsxpress, INc.. Responses due by 2/5/2008 (Attachments: # 1 Exhibit Customer Agreement)(Gillman, Stephen) (Entered: 01/22/2008) |
| 01/23/2008 | 10 | NOTICE of Instruction to Filer: re 9 Defendant's MOTION to Stay *or Dismiss Action* filed by Optionsxpress, INc., Error: Motion with Multiple Reliefs Filed as One Relief; Instruction to Filer=In the future please select all applicable Reliefs; (ls) (Entered: 01/23/2008) |
| 01/24/2008 | 11 | APPLICATION/CONFIRMATION of Arbitration Award Returned Executed on 1/7/08 by Linda Hale. (lk) (Entered: 01/24/2008) |
| 01/28/2008 | 12 | RESPONSE in Opposition re 9 Defendant's MOTION to Stay *or Dismiss Action* filed by Linda Hale. (Attachments: # 1 Exhibit 9/25/07 Letter # 2 Exhibit 1/28/08 Email # 3 Exhibit 1/14/08 Letter # 4 Exhibit Garver v. Ferguson# 5 Exhibit 9/12/07 Letter # 6 Exhibit 9/13/07 Email # 7 Exhibit Rueter v. Merrill Lynch)(Solomon, Neil) Modified on 1/30/2008 (ls). (Entered: 01/28/2008) |
| 01/29/2008 | 13 | ORDER denying 8 Motion To Enforce Deadline. Signed by Judge Kenneth L. Ryskamp on 1/28/08. (sh) (Entered: 01/29/2008) |
| 02/04/2008 | 14 | REPLY to Response to Motion re 9 Defendant's MOTION to Stay *or Dismiss Action* filed by Optionsxpress, INc.. (Attachments: # 1 Exhibit (A) Declaration of Robert B. Christie)(Gillman, Stephen) (Entered: 02/04/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/21/2008 18:06:43 | | | |
| PACER Login: | hb0091 | Client Code: | haleoe/rbc |
| Description: | Docket Report | Search Criteria: | 9:07-mc-81085-KLR |
| Billable Pages: | 2 | Cost: | 0.16 |