# EXHIBIT 6

**NEIL B. SOLOMON, P.A.**
4174 St. Lukes Lane
Jupiter, FL, 33458
neilbsolomonesq@gmail.com
Phone: 561-762-4991
Fax: 561-626-2721

<u>**VIA FACSIMILE**</u>

September 21, 2007

Ms. Michele Collins
FINRA Dispute Resolution
One Liberty Plaza
165 Broadway, 52nd Floor
New York, NY 10006

Re:   Linda Hale v. OptionsXpress, Inc.; NASD-DR Case No. 06-05183

Dear Ms. Collins:

I am writing in response to Hillary Victor's letter to you, dated September 12, 2007.

As discussed below, optionsXpress ("OX") is in violation of NASD Rule 10330(h).[1] Specifically, OX has neither paid the Award nor has Ms. Victor made an application to vacate the Award to a court of "competent" jurisdiction within 30 days as required by NASD Rule 10330(h). Accordingly, Ms. Hale respectfully requests that FINRA initiate Expedited Suspension Proceedings For Non-Payment of Award pursuant to NASD Rule 9554.

The Final Hearing in the above-referenced matter was held in Boca Raton, Florida from August 6, 2007 to August 9, 2007 (the "Final Hearing"). The arbitrators awarded Ms. Hale $175,000 (the "Award"). The Award was issued on August 13, 2007. Accordingly, pursuant to Rule 10330(h), OX was required to pay the Award or file a motion to vacate "with a court of competent jurisdiction" no later than September 12, 2007. OX has done neither.

I was carbon copied on Ms. Victor's letter to you wherein she indicated that she had filed an Application to Vacate Arbitration Award (the "Application") on September 12, 2007. Despite the fact that Ms. Victor apparently sent you her letter via fax and the Application via FedEx, Ms. Victor sent me the letter via regular U.S. Mail, and I therefore did not receive it until September 15, 2007. In addition, Ms. Hale did not respond to my September 13, 2007 e-mail wherein I requested she inform me whether OX intended to pay the Award or had filed a motion to vacate. Moreover, Ms. Victor sent me the letter "w/o enclosure" of the Application.

---

[1] Ms. Hale filed her Statement of Claim prior to June 14, 2007. Therefore, Rule 10330(h) is referenced rather than Rule 12904(i).