UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONSXPRESS, INC.,<br><br>               Petitioner,<br><br>v.<br><br>LINDA HALE,<br><br>               Respondent. | Docket No. 08 CV 179<br><br>Virginia M. Kendall, Judge |

**NOTICE OF MOTION**

To:    Neil B. Solomon, Esq.
          4174 St. Lukes Lake
          Jupiter, Florida 33458

      PLEASE TAKE NOTICE that on Wednesday, February 27, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then and there present Petitioner's Motion to Reconsider the Court's Order Dated February 20, 2008, a copy of which is enclosed herewith and hereby served on you via the Court's ECF system.

                                                  Respectfully submitted,

                                                  OPTIONSXPRESS, INC.

                                    By:   /s/   Robert B. Christie
                                                 One of Its Attorneys

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2008, I electronically filed the forgoing Notice of Motion for Petitioner's Motion to Reconsider the Court's Order Dated February 20, 2008 with the Clerk of the Court using the CM/ECF system, and pursuant to Local Rule LR5.9, serves the above reference counsel of record through the Court's transmission facilities.

                                                      /s/   Robert B. Christie
                                                      Robert B. Christie

Robert B. Christie
HENDERSON & LYMAN
175 West Jackson, Suite 240
Chicago, Illinois 60604
312-986-6957
rchristie@henderson-lyman.com