


**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Hillary Victor

FIRM: optionsXpress Holdings, Inc.

STREET ADDRESS: 311 W. Monroe; Suite 1000

CITY/STATE/ZIP: Chicago, IL 60606

PHONE NUMBER: 312-267-6627

ARDC NO. (If Member of Illinois State Bar): 6276103

☑  I am a member of the General Bar for the Northern District of Illinois.

☐  Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-00179 | optionsXpress, Inc. v. Linda Hale | Kendall |
| | | |
| | | |
| | | |
| | | |

Attorney's Signature

February 5, 2008
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**