

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 1:08-cv-00179

optionsXpress, Inc., Petitioner v. Linda Hale, Respondent

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

optionsXpress, Inc., Petitioner

KC FILED
FEB 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Hillary Victor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Hillary Victor | |
| FIRM <br> optionsXpress Holdings, Inc. | |
| STREET ADDRESS <br> 311 W. Monroe; Suite 1000 | |
| CITY/STATE/ZIP <br> Chicago/ IL/ 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6276103 | TELEPHONE NUMBER <br> 312-267-6627 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |