**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Optionsxpress, Inc.
                          Plaintiff,

v.                                         Case No.: 1:08–cv–00179
                                         Honorable Virginia M. Kendall

Linda Hale
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Virginia M. Kendall : The briefing schedule set by minute entry [16] is vacated. Petitioner's Motion for Reconsideration [11] is granted in part. Respondent may have until 3/4/2008 to file a response to the Motion to Transfer. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.