## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Optionsxpress, Inc.
                      Plaintiff,

v.                                              Case No.: 1:08–cv–00179
                                                       Honorable Virginia M. Kendall

Linda Hale
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Correcting clerical error to Minute Entry dated 2/26/2008 [17] to reflect that it is the Petitioner who has been given until 3/4/2008 to file a response to the Motion to Transfer. Notice by mail and telephone. (kw, ) Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.