# HENDERSON & LYMAN

ATTORNEYS AT LAW
175 WEST JACKSON BLVD.
SUITE 240
CHICAGO, ILLINOIS 60604
(312) 986-6960
FAX (312) 986-6961
www.henderson-lyman.com

JEFFRY M. HENDERSON
MARK M. LYMAN
JOSEPH A. GIRARDI
DOUGLAS E. AREND*
ROBERT B. CHRISTIE
HARRIS L KAY**
MICHAEL D. SEFTON

ANDREA STULGIES-CLAUSS
NICOLE M. KUCHERA
KEVIN M. MAGNUSON

*Also Admitted in NY
**Also Admitted in NY and VA

NEW YORK OFFICE
300 Park Avenue
Suite 1700
New York, NY 10022
(212) 957-4600

WRITER'S DIRECT DIAL NO:

(312) 986-6955

January 14, 2008

Neil B. Solomon
Neil B. Solomon, P.A.
4174 St. Lukes Lane
Jupiter, Flordia 33458

RE:   optionsXpress, Inc. v. Linda Hale
      Case No. 07 CH 25396

Dear Mr. Solomon:

Enclosed is a courtesy copy of the Application to Vacate Arbitration Award filed on September 12, 2007, in the Circuit Court of Cook County, Illinois.

Sincerely,

*[signature]*

Jeffry M. Henderson

JMH/jad
Enclosure

cc:   Hillary Victor (w/o encls., via e-mail)