# Bank of America

Business Economy Chk - 6009 : Check Image

Check Image:



FRB CLEVELAND
> 041015724 <
PCC OTC
12/19/2007

