# EXHIBIT 4

**From:** neil solomon [mailto:neilbsolomonesq@gmail.com]
**Sent:** Thursday, September 13, 2007 5:43 PM
**To:** Hillary Victor; bmoroff@optionsxpress.com
**Cc:** bonnie.simon@nasd.com
**Subject:** Award

The deadline to pay the Award was yesterday. I have not received it. Accordingly, if I do not hear from you by tomorrow I will write to Michelle Collins at FINRA in New York informing her of same and requesting that FINRA initiate expedited suspension hearings pursuant to Rule 9554.

If you have filed a motion to vacate, I agree to accept service on behalf of Ms. Hale.

--
Neil B. Solomon
Neil B. Solomon, P.A.
4174 St. Lukes Lane
Jupiter, FL 33458
phone: 561-762-4991

From: neilbsolomonesq@gmail.com [mailto:neilbsolomonesq@gmail.com]
Sent: Tuesday, September 18, 2007 5:09 PM
To: Hillary Victor
Subject: Revocation of offer

I am writing to inform you that I revoke my offer to accept service on behalf of Ms. Hale of the application to vacate arbitration award referenced in your 9-12-07 letter to Ms. Collins.
Sent from my Verizon Wireless BlackBerry