# EXHIBIT 6



Lawyer Search
Lawyer Registration
How to Submit a Request For Investigation
Rules and Decisions
Ethics Inquiry Program
Publications
New Filings, Hearing Schedules and Clerk's Office
Client Protection Program
Resources & Links
ARDC Organizational Information

# *LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD*

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of March 3, 2008 at 12:00:25 PM:

| | |
|---|---|
| **Full Licensed Name:** | Neil Barry Solomon |
| **Full Former name (s):** | None |
| **Date of Admission as Lawyer by Illinois Supreme Court:** | November 6, 1997 |
| **Registered Business Address:** | Neil B. Solomon, P.A.<br>4174 Saint Lukes Lane<br>Jupiter, FL 33458-5321 |
| **Registered Business Phone:** | (561) 762-4991 |
| **Illinois Registration Status:** | Active and authorized to practice law - Last Registered Year: 2008 |
| **Malpractice Insurance: (Current as of date of registration; consult attorney for further information)** | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

**Public Record of Discipline and Pending Proceedings:** None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information related to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information related to the existence or status of any investigation is not available. For additional information regarding data on this website, contact ARDC at (312) 565-2600 or, within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email lawyersearch@iardc.org. For substantive changes to registration information, including status, address, telephone or employer information, we require that the attorney submit a Change of Registration to insure the validity of the registration process. Consult our Change of Attorney's Registration page for details. Name changes require the filing of a motion with

the Supreme Court. Consult our Attorney's Request for Name Change page for details.

Return to Search

**IARDC ®:online access to registration and discipline information regarding Illinois lawyers presented by the Illinois Attorney Registration & Disciplinary Commission.**

Lawyer Search | Lawyer Registration | How to Submit a Request For Investigation
Rules and Decisions | Ethics Inquiry Program | Publications
New Filings, Hearing Schedules and Clerk's Office | Client Protection Program
Resources & Links | ARDC Organizational Information
Website Information | Search Site | Home