UNITED STATES DISTRICT COURT
Northern District of Illinois – Eastern Division
Case Number: 1:08-cv-00179
Honorable Virginia M. Kendall

OPTIONSXPRESS, INC.,

    Petitioner,

v.

LINDA HALE,

    Respondent.
_____/

### NOTICE OF WITHDRAWAL OF RESPONDENT'S MOTION TO TRANSFER

Respondent Linda Hale hereby gives notice that she is withdrawing her Motion to Transfer Petitioner's Amended Application to Vacate Arbitration Award (the "Amended Application to Vacate").

Petitioner's Amended Application to Vacate relates to the same arbitration award at issue in Ms. Hale's Application to Confirm Arbitration Award (the "Application to Confirm"). Ms. Hale's Application to Confirm had been pending in the Southern District of Florida.

On March 26, 2008, the Honorable Kenneth Ryskamp of the Southern District of Florida Court denied Petitioner's Motion to Dismiss or Stay Ms. Hale's Application to Confirm. He further ordered that Ms. Hale's Application to Confirm be consolidated with Petitioner's Amended Application to Vacate pending before this Court.

As such, Ms. Hale is withdrawing her Motion to Transfer and will file with this Court her Opposition to Petitioner's Amended Application to Vacate Arbitration Award within one (1) week.

2

Respectfully submitted,

NEIL B. SOLOMON, P.A.

By: /s/Neil B. Solomon
    Neil B. Solomon -- IL Bar No.: 6243930
    4174 St. Lukes Lane
    Jupiter, FL 33458
    Tel: 561-762-4991
    Fax: 561-626-2721
    Email: neilbsolomonesq@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via transmission of Notice of Electronic Filing generated by CM/ECF this 28th day of March 2008 to:

Jeffry M. Henderson, Esq.
Robert Christie, Esq.
Henderson & Lyman
175 West Jackson, Suite 240
Chicago, IL 60604
Phone: 312-986-6960
Fax: 312-986-6961
Email: rchristie@henderson-lyman.com
       jhenderson@henderson-lyman.com

/s/Neil B Solomon
Neil B. Solomon