

neil solomon <neilbsolomonesq@gmail.com>

# Award

1 message

**neil solomon <neilbsolomonesq@gmail.com>**  Thu, Sep 13, 2007 at 5:43 PM
To: "hvictor@optionsxpress.com" <hvictor@optionsxpress.com>, bmoroff@optionsxpress.com
Cc: bonnie.simon@nasd.com

The deadline to pay the Award was yesterday. I have not received it. Accordingly, if I do not hear from you by tomorrow I will write to Michelle Collins at FINRA in New York informing her of same and requesting that FINRA initiate expedited suspension hearings pursuant to Rule 9554.

If you have filed a motion to vacate, I agree to accept service on behalf of Ms. Hale.

--
Neil B. Solomon
Neil B. Solomon, P.A.
4174 St. Lukes Lane
Jupiter, FL 33458
phone: 561-762-4991