

neil solomon <neilbsolomonesq@gmail.com>

## optionsXpress Motion to Stay - correction
1 message

**Robert Christie <RChristie@henderson-lyman.com>**  Mon, Jan 28, 2008 at 9:30 AM
To: neilbsolomonesq@gmail.com
Cc: hvictor@optionsxpress.com, SGillman@shutts.com, "Jeffry M. Henderson" <jhenderson@henderson-lyman.com>, Harris Kay <hkay@henderson-lyman.com>

Dear Mr. Solomon:

    It has come to my attention that optionsXpress' Motion to Stay or Dismiss Action contained a typographical error on page nine of the brief, wherein referenced was made to a letter dated September 28, 2007 to Michele Collins of FINRA. The referenced letter was actual dated September 25, 2007 and was mailed on September 25, 2007, not September 28, 2007. I apologize for any confusion or inconvenience this error might have caused.

    Sincerely,

    Bob Christie


Robert B. Christie

Henderson & Lyman

175 West Jackson Boulevard

Suite 240

Chicago, IL  60604


Phone   (312) 986-6960

Direct   (312) 986-6957

Facsimile  (312) 986-6961

email:   rchristie@henderson-lyman.com

web site:  www.henderson-lyman.com