# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 179 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Optionsxpress, Inc. vs. Hale | | |

**DOCKET ENTRY TEXT**

For the reasons stated herein, this action is hereby reinstated. Parties are ordered to appear before the Court on Thursday, 4/24/2008 at 9:00 AM.

■[ For further details see text below.]                        Notices mailed by Judicial staff.

## STATEMENT

On February 21, 2008, Petitioner, Optionsxpress, filed a Motion to Reconsider the Court's February 20, 2008 Order transferring this action to United States District Court for the Southern District of Florida, West Palm Beach Division. On March 26, 2008, the Honorable Kenneth Ryskamp of the Southern District of Florida ordered Respondent Linda Hale's Application to Confirm be consolidated with the action before this Court. Shortly after, on March 28, 2008, Respondent, Linda Hale, withdrew her Motion to Transfer this case to the Southern District of Florida.

Having considered the parties arguments, Judge Ryskamp's March 26, 2008 order for consolidation, and Hale's subsequent withdrawal of her Motion to Transfer, the Court grants Petitioner's Motion to Reconsider the Court's Order Dated February 20, 2008. The case is reinstated and the parties are ordered to appear before the Court on Thursday, April 24, 2008, at 9:00 a.m.