# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Optionsxpress, Inc.

                        Plaintiff,

v.                                           Case No.: 1:08–cv–00179

                                                        Honorable Virginia M. Kendall

Linda Hale

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. Plaintiff to file reply brief on the Petition to Vacate Arbitration Award by 5/8/2008. Any motion to amend the Petition due 5/1/2008; response due 5/8/2008. The Court will rule by mail. Status hearing set for 7/31/2008 at 9:00 AM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.