# HENDERSON & LYMAN

ATTORNEYS AT LAW
175 WEST JACKSON BLVD
SUITE 240
CHICAGO, ILLINOIS 60604
(312) 986-6960
FAX (312) 986-6961
www.henderson-lyman.com

WRITER'S DIRECT DIAL NO.
(312) 986-6955

JEFFRY M. HENDERSON
MARK M. LYMAN
JOSEPH A. GIRARDI
DOUGLAS E. AREND*
ROBERT B. CHRISTIE
HARRIS J. KAY**

ANTHONY A. CAVALLO
ANDREA STULGIES-CLAUSS
NICOLE M. KUCHERA
KEVIN M. MAGNUSON
MICHAEL D. SEFTON

NEW YORK OFFICE
810 7th Avenue
Suite 11C
New York, NY 10019
(212) 957-4600

*Admitted in IL and NY
**Admitted in NY and VA

December 28, 2007

**VIA FACSIMILE & REGULAR MAIL**
(561) 626-2721

Mr. Neil B. Solomon
4174 St. Lukes Lake
Jupiter, Florida 33458

       Re: Linda Hale v. optionsXpress, Inc.

Dear Mr. Solomon:

I am in receipt of your letter dated December 28, 2007.

Under the terms of the agreement between the parties, the Illinois Arbitration Act applies. Under the Illinois Arbitration Act, optionsXpress was required to file its application within ninety (90) days of the date of the entry of the Arbitration Award, which it did. In the Application (which we will forward to you), the Court was placed on notice that the Application would be amended pending receipt of the arbitration transcripts. The Application was amended and filed with the Court. The Amended Application filed on November 27, 2007, relates back to the Application and Ms. Hale was timely served approximately two (2) weeks later. Furthermore, your reliance on *Segal v. Sacco* and *Wilk v. Wilmorite* is misplaced, as the trial court was reversed in both cases. In summary, we believe that your conclusions are without any factual or legal support.

       Very truly yours,

       Jeffry M. Henderson

JMH/ec

cc: Hillary Victor, Corporate Counsel, optionsXpress Holdings, Inc. (via e-mail only)