# EXHIBIT 1

```
                                                              1
1                    NASD DISPUTE RESOLUTION, INC.

2                    ARBITRATION NO:   06-05183

3                         August 7, 2007

4                          Tapes 3 - 5

5

6                           LINDA HALE,

7                              VS.

8                       OPTIONSXPRESS, INC.

9

10      APPEARANCES BY:

11      On behalf of the Claimants:

12          Neil B. Solomon, Esq.
            (Neil B. Solomon, P.A.)
13

14      On behalf of the Respondent:

15          Hillary Victor, Esq.
            Jeffry Henderson, Esq.
16

17          Panel Members:

18      Kevin S. Doty, Esq., Chairperson
        Allen Robin, Public Arbitrator
19      Bernard A. Taub, Industry Arbitrator

20

21

22
                       G & L TRANSCRIPTION, INC.
23                     4801 NORTHWEST 27TH AVENUE
                       BOCA RATON, FLORIDA  33434
24
                           (561) 998-1981
25
```



```
 1   activity?
 2        A    Yes.
 3        Q    I'd like you to refer to Respondent's Exhibit 2,
 4   Volume I.
 5        CHAIRMAN DOTY:  For the record, while you're looking
 6   at that, your Number 32 was admitted recognizing that
 7   there is a stipulation that Rule 9.9 is not applicable to
 8   these proceedings.
 9        Q    I'm sorry, we've covered this --
10        A    Okay.
11        Q    Please refer to Exhibit 4.
12        CHAIRMAN DOTY:  Is that Respondent's 4?
13        Q    I'm sorry, Respondent's 4, Volume 1.
14        Is this an OptionsXpress document?
15        A    This is a document that was created from query,
16   yes.
17        Q    What -- does it appear to take?
18        A    The entries -- account, and it tells the account
19   ID, that's person ID, the IP address for the entries of
20   the account -- and the date.
21        Q    Is this for a particular customer account?
22        A    Yes.
23        Q    Do you know which customer?
24        A    --
25        Q    Particular person, not a customer?  IP --
```

