# EXHIBIT 4

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (        ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, __CHANCERY__ DIVISION

(Name all parties)

OPTIONSXPRESS, INC.,                    Plaintiff,

v.                                       No. __07 CH 25396__

LINDA HALE,                             Defendant.

### ALIAS SUMMONS

**To each Defendant:** Linda Hale, 5000 No. Ocean Blvd., #1410, Lauderdale by the Sea, Florida 33308

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: __34832__
Name: __Robert B. Christie__
Atty. for: __Plaintiff__
Address: __175 West Jackson Boulevard, Suite 240__
City/State/Zip: __Chicago, Illinois 60604__
Telephone: __(312) 986-6960__
Service by Facsimile Transmission will be accepted at: _____

WITNESS, __NOV 2 7 2007__, _____

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# RETURN OF SERVICE

| | | |
|---|---|---|
| State of ILLINOIS | County of COOK | Circuit Court |

Case Number: 07 CH 25396

Plaintiff:
**OPTIONSXPRESS, INC.**
vs.
Defendant:
**LINDA HALE**

For:
Robert Christie
HENDERSON & LYMAN
175 West Jackson
Suite 240
Chicago, IL  60604

Received by Gissen & Zawyer Process Service, Inc. on the 28th day of November, 2007 at 3:40 pm to be served on **LINDA HALE, 5000 N. OCEAN BLVD., #1410, LAUDERDALE BY THE SEA, FL 33308**.

I, FELIX ONATE, do hereby affirm that on the **14th day of December, 2007 at 10:50 am, I:**

**Individually Served** the within named person with a true copy of the **ALIAS SUMMONS AND COMPLAINT** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Additional Information pertaining to this Service:**
PER SECURITY, THE SUBJECT MOVED OUT OVER A YEAR AGO. THE NAME LISTED IS THE "PASCOTTI" RESIDENCE.  LOCATED A SECOND ADDRESS THROUGH SKIP TRACE: 3750 GALT OCEAN DRIVE, APT. # 1509, FT. LAUDERDALE, FL., 33308, WHERE THE DOCUMENT WAS SERVED.   PHONE NUMBER: 954-565-1095. SUBJECT DRIVES A SILVER MERCEDES BENZ C280, LICENSE PLATE # V 1 5 K X R.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalty of Perjury I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct.  Notary not required pursuant to F.S. 92.525.

FELIX ONATE
Process Server #473

Gissen & Zawyer Process Service, Inc.
3550 Biscayne Blvd
Suite 407
Miami, FL  33137
(305) 572-0110
Our Job Serial Number: 2007025177