# EXHIBIT 6

From: neilbsolomonesq@gmail.com [mailto:neilbsolomonesq@gmail.com]
Sent: Tuesday, September 18, 2007 5:09 PM
To: Hillary Victor
Subject: Revocation of offer

I am writing to inform you that I revoke my offer to accept service on behalf of Ms. Hale of the application to vacate arbitration award referenced in your 9-12-07 letter to Ms. Collins.
Sent from my Verizon Wireless BlackBerry