## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Optionsxpress, Inc.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00179
                                            Honorable Virginia M. Kendall

Linda Hale
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Respondent's renewed motion for sanctions[33] is taken under advisement. Plaintiff is given to 8/1/2008 to file a response. Reply is due by 8/8/2008. Court will rule by mail. Mr. Solomon is advised that compliance with Local Rule 5.3(b) is required.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.