UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIONSXPRESS, INC.,<br>　　　　　　　　Petitioner,<br>v.<br>LINDA HALE,<br>　　　　　　　　Respondent. | Docket No. 08 CV 179<br><br>Virginia M. Kendall, Judge |

## NOTICE OF MOTION

To:　Neil B. Solomon, Esq.
　　　4174 St. Lukes Lake
　　　Jupiter, Florida 33458

　　　PLEASE TAKE NOTICE that on July 31, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her in Room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and shall then and there present <u>Petitioner's Motion to Strike Respondent's Renewed Motion for Sanctions</u>, a copy of which is enclosed herewith and hereby served on you via the Court's ECF system.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　OPTIONSXPRESS, INC.

　　　　　　　　　　　　　　　　　By:　　/s/　Robert B. Christie
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

## CERTIFICATE OF SERVICE

　　　I hereby certify that on July 29, 2008, I electronically filed the above notice with the Clerk of the Court using the CM/ECF system, and pursuant to Local Rule LR5.9, served the above referenced counsel of record through the Court's transmission facilities.

　　　　　　　　　　　　　　　　　　　　　　/s/　Robert B. Christie

| | |
|---|---|
| Jeffry M. Henderson<br>Robert B. Christie<br>HENDERSON & LYMAN<br>175 West Jackson, Suite 240<br>Chicago, Illinois 60604<br>312-986-6960<br>jhenderson@henderson-lyman.com<br>rchristie@henderson-lyman.com | Hillary Victor, Corporate Counsel<br>optionsXpress Holdings, Inc.<br>311 West Monroe Street, Suite 1000<br>Chicago, Illinois 60606<br>312-267-6627<br>hvictor@optionsxpress.com |