**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Optionsxpress, Inc.
                          Plaintiff,

v.                                                      Case No.: 1:08−cv−00179
                                                        Honorable Virginia M. Kendall

Linda Hale
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Respondent appears by telephone.Motion hearing held. Plaintiff's motion for leave to file an amended petition to vacate the arbitration award [26] is granted. Respondent's documents #22,26,27,29,& 32 shall be considered as her response to the amended petition to vacate the arbitration award. Respondent's motion to strike petitioner's motion or leave to file an amended petition to vacate the arbitration award is moot. Court will rule by mail on all pending motions.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.