# EXHIBIT D

New Account - Overview                                                                 Page 1 of 3

# ORIGINAL                          4097-8278

| Print | Xpress New Accounts | Make checks payable to |
| | P.O. Box 2197 Chicago, IL 60690-2197 | **optionsXpress** |

## IRA Account Overview

| | | | |
|---|---|---|---|
| Account Entity | traditional ira | | LEVEL 2 |
| Account type | cash & option | | |
| Name | Linda Hale | | 11/14/02 |
| Mailing Address | 3500 GALT OCEAN DRIVE APT 2712 FORT LAUDERDALE, FL 33308 United States | | |
| Phone (day) | 954-942-6319 | Employment Status | employed |
| E-mail | WISER47@PEOPLEPC.COM | Employer | EASTSIDE PROPERTIES |
| Date of Birth | 9/27/1947 | Occupation | REAL ESTATE AGENT |
| Marital Status | divorced | Tax bracket | 15 to 30% |
| Citizenship | citizen | Dependents | 0 |
| SSN# | 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 | | |
| Passport# | | | |
| Trade stocks since | 2002 | Username | LINDAHALEIRA |
| Trade options since | 2002 | | |
| Liquid net worth | 50k to 100k | | |
| Net worth | 50k to 100k | My investment objectives include: speculation. | |
| Annual Income | 25k to 50k | I am not employed by a registered broker dealer. | |

**Options Agreement Terms:** I represent that I am aware of the inherent risks associated with options trading and that I am financially able to bear such risks and withstand options trading losses. I have read and understood the Terms and Conditions that govern this Options Account and the special risk statement for uncovered option writers, where applicable, and agree to be bound by them as currently in effect and as amended from time to time. I have also fully read and understood the disclosure document entitled Characteristics and Risks of Standardized Options issued by the Options Clearing Corporation and delivered to me by OptionsXpress either electronically or in hard copy.
**"Agreement to "Terms and Conditions":** I (or we) hereby request that optionsXpress, Inc., (optionsXpress) open an account as indicated above, and I acknowledge that I have read and understood both the "Terms & Conditions" agreement that governs this account and all agreements regarding use of data and exchange quotes, and I agree to be bound by these agreements as currently in effect and as amended from time to time as posted on the optionsXpress website. I have legal capacity to enter into and be bound by this legal contract. I agree to promptly advise optionsXpress in writing of any change in my residential, employment, and financial or legal status. I EXPRESSLY ACKNOWLEDGE THAT I AM SOLELY RESPONSIBLE FOR ALL INVESTMENT DECISIONS MADE REGARDING MY ACCOUNT, AND THAT optionsXpress DOES NOT MAKE RECOMMENDATIONS REGARDING INVESTMENTS, TAXES, OR LEGAL MATTERS. I understand that my account is governed by a pre-dispute arbitration clause contained in optionsXpress "Terms and Conditions". Substitute IRS Form w-9: Under penalties of perjury, I certify that: 1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and 2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and 3. I am a U.S. person (including a U.S. resident alien).
I understand the eligibility requirements for the type of IRA deposit I am establishing, and I state that I do qualify to make the deposit. I have received a copy of the Adoption Agreement, Plan Agreement, Financial Disclosure and Disclosure Statement. I understand that the terms and conditions that apply to this Individual Requirement Account are contained in this Adoption Agreement and Plan Agreement. I agree to be bound by those terms and conditions. Within seven days from the date I open this IRA, I may revoke it without penalty by making or delivering a written notice to the Custodian.
I assume complete responsibility for:
1. Determining whether I am eligible to make an IRA contribution each year.
2. Ensuring that all contributions I make are within the limits set forth by the tax laws.
3 The tax consequences of any contribution (including rollover contributions) and distributions.

X *Linda Ann Hale*
**CUSTOMER SIGNATURE**

**SEC Rule 14B-1(C) Election:** You are instructing Legent Clearing Corp. to disclose your name, address and security position to requesting companies in which you hold securities. If you consent to disclose your identity to requesting companies for your account please initial below. For your protection, the Rule prohibits the requesting company in which you hold securities from using the information provided for any purpose other than communicating directly with you.

Customer Initials _____ I consent to disclose my identity to requesting companies.

**Money Market Sweep Authorization:** I/We authorize the initial investment of funds between this account and the money market account selected below. If this is left blank, we will default to Government.
[ ] Not Interested
[X] Primary
[ ] Government
_____ Cust. Initials

[STR;CC;LPC]

  optionsXpress **New Accounts**  
P.O. Box 2197 Chicago, IL 60690-2197

4097-8276  Make checks payable to **optionsXpress**

## Trust Account Overview

| | | | | |
|---|---|---|---|---|
| Account Entity | trust | | Trust name | LINDA ANN HALE REVOCABLE LIVING TRUST |
| Account type | cash & option | | Trustee 1 | LINDA ANN HALE |
| Name | Linda Hale | | Trustee 2 | |
| Mailing Address | 3500 GALT OCEAN DRIVE APT 2712 FORT LAUDERDALE, FL 33308 United States | | | |
| Phone (day) | 954-942-6319 | | Employment Status | employed |
| E-mail | WISER47@PEOPLEPC.COM | | Employer | EASTSIDE PROPERTIES |
| Date of Birth | 9/27/1947 | | Occupation | REAL ESTATE AGENT |
| Marital Status | divorced | | Tax bracket | 15 to 30% |
| Citizenship | citizen | | Dependents | 0 |
| SSN# /Tax ID# | 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 | | | |
| Passport# | | | | |
| Trade stocks since | 2002 | | Username | LINDAHALE |
| Trade options since | 2002 | | | |
| Liquid net worth | 50k to 100k | | | |
| Net worth | 50k to 100k | | My investment objectives include: speculation. | |
| Annual Income | 25k to 50k | | I am not employed by a registered broker dealer. | |

Level 2 [handwritten annotations: 11/19/02]

**Options Agreement Terms:** I represent that I am aware of the inherent risks associated with options trading and that I am financially able to bear such risks and withstand options trading losses. I have read and understood the Terms and Conditions that govern this Options Account and the special risk statement for uncovered option writers, where applicable, and agree to be bound by them as currently in effect and as amended from time to time. I have also fully read and understood the disclosure document entitled Characteristics and Risks of Standardized Options issued by the Options Clearing Corporation and delivered to me by OptionsXpress either electronically or in hard copy. **"Agreement to "Terms and Conditions":** I (or we) hereby request that optionsXpress, Inc., (optionsXpress) open an account as indicated above, and I acknowledge that I have read and understood both the "Terms & Conditions" agreement that governs this account and all agreements regarding use of data and exchange quotes, and I agree to be bound by these agreements as currently in effect and as amended from time to time and posted on the optionsXpress website. I have legal capacity to enter into and be bound by this legal contract. I agree to promptly advise optionsXpress in writing of any change in my residential, employment, and financial or legal status. I EXPRESSLY ACKNOWLEDGE THAT I AM SOLELY RESPONSIBLE FOR ALL INVESTMENT DECISIONS MADE REGARDING MY ACCOUNT, AND THAT optionsXpress DOES NOT MAKE RECOMMENDATIONS REGARDING INVESTMENTS, TAXES, OR LEGAL MATTERS. I understand that my account is governed by a pre-dispute arbitration clause contained in optionsXpress "Terms and Conditions". **Substitute IRS Form w-9:** Under penalties of perjury, I certify that: 1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and 2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and 3. I am a U.S. person (including a U.S. resident alien).

X _Linda Ann Hale_  
**TRUSTEE SIGNATURE**      **CO-TRUSTEE SIGNATURE** (if applicable)

**SEC Rule 14B-1(C) Election:** You are instructing Legent Clearing Corp. to disclose your name, address and security position to requesting companies in which you hold securities. If you consent to disclose your identity to requesting companies for your account please initial below. For your protection, the Rule prohibits the requesting company in which you hold securities from using the information provided for any purpose other than communicating directly with you.

_Customer Initials_    I consent to disclose my identity to requesting companies.

**Money Market Sweep Authorization:** I/We authorize the initial investment of funds between this account and the money market account selected below. If this is left blank, we will default to Government.  
[ ] Not Interested  
[X] Primary  
[ ] Government  
     Cust. Initials

|STK|CC|LPC|