# EXHIBIT O

```
                    NASD DISPUTE RESOLUTION, INC.

                    ARBITRATION NO:  06-05183

                         August 8, 2007

                           Tapes 6 -7


                           LINDA HALE,

                              VS.

                       OPTIONSXPRESS, INC.


     APPEARANCES BY:

     On behalf of the Claimants:

          Neil B. Solomon, Esq.
          (Neil B. Solomon, P.A.)


     On behalf of the Respondent:

          Hillary Victor, Esq.
          Jeffrey Henderson, Esq.


          Panel Members:

          Kevin S. Doty, Esq., Chairperson
          Allen Robin, Public Arbitrator
          Bernard A. Taub, Industry Arbitrator




                    G & L TRANSCRIPTION, INC.
                    4801 NORTHWEST 27TH AVENUE
                    BOCA RATON, FLORIDA  33434

                        (561) 998-1981
```



1    Q    You've been in the business for how long?  In
2 the brokerage business and the financial business, how
3 long have you been doing this?
4    A    Since 1973.
5    Q    And you owned your own firm at one point?
6    A    Yes.
7    Q    What's the common understanding of what a
8 management fee is?  Is that based on what -- assets under
9 management like the example we've just used?
10   A    Yes.
11   Q    It's common in this day and age the management
12 fee based on assets under management usually 1% to 2%
13 give or take?
14   A    Yes, pretty reasonable.
15   Q    And that's in lieu of commission; correct?
16   A    Correct.
17   Q    And that's a fairly commonly understood term in
18 this business; correct.
19   A    Yes.
20   Q    So somebody with four years experience in the
21 business came in and said he didn't know what that was,
22 would you believe him?
23   A    Four years experience, no -- didn't know --
24   Q    Do you remember what your email address was in
25 November of 2002?

| | | |
|---|---|---|
| 1 | A | I'm not sure which one it was. |
| 2 | Q | Okay. -- ask you to open to a certain tab, and then we'll look at certain documents in a second; okay? Let me ask you another question before we get to that. |
| | | Are you aware of what happened in the stock market in general from the spring of 2000 to 2002? |
| 7 | A | Yes. |
| 8 | Q | What happened? |
| 9 | A | We were in a recession. |
| 10 | Q | Was there a crash? Would you call it a crash? |
| 11 | A | -- |
| 12 | Q | -- |
| 13 | A | -- |
| 14 | Q | Have you ever -- you've been doing this 30 years you said? Thirty-five years? |
| 16 | A | 32 years. |
| 17 | Q | There was a crash in '87 -- |
| 18 | A | -- |
| 19 | Q | Right, okay. The crash from 2000 to 2002 was on the news, it was all over the place; right? It was common knowledge that the market was in big trouble; right? The NASD went down over what 50%, 60% in less than a year? |
| 24 | A | -- |
| 25 | Q | Correct -- |